# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>        )<br>        Plaintiff, )<br>        )<br>vs.  )<br>        ) | **CR02-423 JCC** |
| LYNDEN BRIDGES, )<br>        )<br>        Defendant. ) | **ORDER GRANTING MOTION** |

Defense counsel's Motion to Withdraw as Attorney of Record (dkt #1235) is hereby GRANTED.  Mr Arganian is hereby allowed to withdraw, and the Criminal Justice Act panel for this district is hereby directed to appoint new counsel for the above named defendant.

Dated this 17th day of October, 2005

*James P. Donohue*
_____
James P. Donohue
U.S. Magistrate Judge

**ORDER**