UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LYNDEN BRIDGES,<br><br>Defendant. | CASE NO. CR02-0423C<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion to disclose Defendant Lynden Bridges's presentence report in the context of an unrelated criminal trial. (Dkt. No. 1358.) Having reviewed the papers on record and finding that oral argument is unnecessary, the Court finds and orders as follows.

Because the government requests that the presentence report be disclosed to Scott Creasia, a defendant in a separate criminal case, the Court must balance "the desire for confidentiality of the reports against the need for their disclosure, with a strong presumption in favor of confidentiality." *United States v. Anzalone*, 886 F.2d 229, 233 (9th Cir. 1989) (internal quotes omitted). Based on the scant factual basis set forth in the motion, the only portions of the report that may be disclosed relate specifically to Bridges's interactions with Creasia and his preparation of Creasia's 1998 tax return. (*See* Mot. 1); *see also Anzalone*, 886 F.2d at 233 (courts may release only materials that are "relevant, material, and probative").

ORDER - 1

Because the government has shown that disclosure of certain portions of Lynden Bridges's presentence report is "necessary to serve the ends of justice," *id.*, the Court will GRANT Plaintiff's motion IN PART, and ORDER that those portions of the report relating to Bridges's interactions with Scott Creasia be disclosed to Creasia's defense counsel.

SO ORDERED this 25th day of August, 2006.

/s/ John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - 1